PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA ALMOUSA,<br><br>                     Plaintiff,<br><br>                    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>                     Defendants. | CASE NO. 2:23-CV-02115-WBS-KJN<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of her pending asylum application, which she filed in July 2016. USCIS has scheduled Plaintiff's asylum for a re-interview on December 21, 2023. The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview and adjudication.

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 19, 2024.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently set for January 29, 2024, be vacated and reset.

Respectfully submitted,

Dated:  November 24, 2023                                         PHILLIP A. TALBERT
                                                                                      United States Attorney

                                                                              By:  /s/ ELLIOT C. WONG
                                                                                      ELLIOT C. WONG
                                                                                      Assistant United States Attorney


                                                                                      /s/ LEWIS G. JUBRAN
                                                                                      LEWIS G. JUBRAN
                                                                                      Counsel for Plaintiff


ORDER

It is so ordered:

The new date for Defendants to file an answer or other dispositive pleading is extended to April 19, 2024.  The Scheduling Conference, currently set for January 29, 2024 is continued to July 15, 2024 at 1:30 p.m.  A joint status report shall be filed no later than July 1, 2024 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed September 27, 2023 (Docket No. 3).

Dated:  November 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE